

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2023

No. 04-23-00027-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
              Luz Elena D. Chapa, Justice
              Liza A. Rodriguez, Justice

On January 12, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion asking this court to stay two decretal paragraphs in the trial court's January 11, 2023 order titled "Order Continuing Placement Review Hearing and Show Cause Hearing and Interim Orders."

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real parties in interest may file a response to the petition in this court **no later than January 27, 2023.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We ORDER relator to file, no later than **January 23, 2023** the transcript of the January 11, 2023 hearing.

We GRANT the motion for temporary emergency relief in part as follows:

1.      The following decretal paragraphs in the trial court's January 11, 2023 order are STAYED pending further order of this court:

> IT IS FURTHER ORDERED that the Department shall provide [M.S.V.L.] tutoring services at the current placement. The tutoring services shall be for a minimum of two hours. The tutoring services shall be provided on a daily basis, including weekends and holidays. The

---

[1] This proceeding arises out of Cause No. 2020-PA-02106, styled *In the Interest of M.S.V.L., a Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

Department shall provide those tutoring services beginning on January 12, 2023.

IT IS FURTHER ORDERED that ROCHELL ACEVEDO, appointed as the Attorney ad Litem for [M.S.V.L.], and KATY PADILLA STOUT shall conduct a deposition of the representatives of the Department before January 18, 2023. The deposition shall focus on the following issues: (1) [M.S.V.L.] being removed from her mother's care after the July 26, 2022 placement; (2) [M.S.V.L.] running away from a shelter in New Braunfels in October 2022 and no order for a writ of attachment being filed; (3) [M.S.V.L.] being arrested and detained in the Bexar County Jail on or about December 17, 2022; (4) the full details surrounding the facts of [M.S.V.L.'s] December 17th arrest; and (5) the facts regarding [M.S.V.L.'s] detention at the Bexar County Jail.

It is so **ORDERED** on January 12, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

